DANIEL G. BOGDEN, NSBN 2137
United States Attorney
BLAINE T. WELSH
Chief, Civil Division
APRIL A. ALONGI, VSBN 76459
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Phone: 415-977-8954
    Fax: 415-744-0134
    april.alongi@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL J. BOGGAN, <br><br> Plaintiff <br><br> v. <br><br> CAROLYN W. COLVIN, Acting Commissioner of Social Security, <br><br> Defendant. | Case No: 2:16-cv-01820-RFB-VCF <br><br> **DEFENDANT'S MOTION FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT FOR REVIEW OF FINAL DECISION OF THE COMMISSIONER OF SOCIAL SECURITY** |

Defendant Carolyn W. Colvin, Acting Commissioner of Social Security (the Commissioner), moves for an extension of time to answer Plaintiff Michael J. Boggan's Complaint For Review Of Final Decision Of The Commissioner by thirty-one days from October 21, 2016 to November 21, 2016, with all other dates extended accordingly. This is the Commissioner's first request for an extension.

There is good cause because the Certified Administrative Record (CAR) has not been produced. The component of the Social Security Administration responsible for production of the CAR, the Office of Disability Adjudication and Review (ODAR) continues to work through a substantial caseload, and has not yet provided the CAR in the above-captioned case. Counsel for

1 the Commissioner has contacted ODAR and is working to produce the CAR. The Commissioner

2 contacted Plaintiff's counsel regarding this motion, but has not yet heard back.

                                                      Respectfully submitted,

Date:   October 21, 2016         DANIEL G. BOGDEN
                                           United States Attorney
                                           BLAINE T. WELSH
                                           Chief, Civil Division

                                    By:    */s/ April A. Alongi*
                                           APRIL A. ALONGI
                                           Special Assistant United States Attorney

                                           Attorneys for Defendant


                                           IT IS SO ORDERED.


DATE:   11-1-2016
                                           THE HONORABLE CAM FERENBACH
                                           United States Magistrate Judge

**DEFENDANT'S CERTIFICATE OF SERVICE**

I certify that I caused Defendant's Motion For Extension Of Time To Answer Plaintiff's Complaint For Review Of Final Decision Of The Commissioner Of Social Security to be served, via CM/ECF notice, on:

    CYRUS SAFA
    Attorney at Law
        cyrus.safa@rohlfinglaw.

Date:   October 21, 2016                    DANIEL G. BOGDEN
                                            United States Attorney
                                            BLAINE T. WELSH
                                            Chief, Civil Division

                                  By:    */s/ April A. Alongi*
                                            APRIL A. ALONGI
                                            Special Assistant United States Attorney

                                            Attorneys for Defendant